178 So.2d 660

**Mrs. Clotilde P. MIRE**

**v.**

**BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA et al.**

No. 47887.

Oct. 8, 1965.

In re: Clotilde P. Mire applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 176 So.2d 624.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

■

178 So.2d 660

**Elisie BREAUX, tutor of the minors Daniel Paul Leonard and Jennifer Anne Leonard**

**v.**

**TEXAS AND PACIFIC RAILWAY COMPANY, Incorporated, et al.**

No. 47886.

Oct. 8, 1965.

In re: Elisie Breaux, tutor of the minors, Daniel Paul Leonard and Jennifer Anne Leonard, applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Assumption. 176 So.2d 640.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.